ACCEPTED
12-14-00198-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/29/2015 2:46:36 PM
CATHY LUSK
CLERK

## NO.  12-14-00198-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/29/2015 2:46:36 PM
CATHY S. LUSK
Clerk

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **TWELFTH COURT** | |
| | § | | |
| **ANTHONY DORSETT PURVIS** | § | **OF APPEALS** | |

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Wm. M. House, Jr., Movant and attorney of record for Defendant, Anthony Dorsett Purvis, brings this Motion to Withdraw as counsel and in support thereof shows:

1.      Movant was appointed by the Court to represent Defendant in the trial of this cause.

2.      Defendant, Anthony Dorsett Purvis, was convicted of two counts of Aggravated Sexual Assault with child and two counts of Indecency with Child-Sexual Contact and was sentenced to 45 years on counts 1 &2 and 20 years on counts 3&4 on June 6, 2014.  Movant has advised Anthony Dorsett Purvis of his right to appeal in this cause.

3.      Movant and Defendant request the Court appoint an attorney to represent Defendant in his appeal in this case, because he is indigent and cannot afford to employ counsel.  Defendant's Affidavit of Indigence is already on file with the papers in this cause and there has been no change in his financial ability to

hire an attorney to represent him in this case.

4.      Movant has advised Defendant of his right to file a motion for new trial and a notice of appeal; that Movant will assist in requesting prompt appointment of replacement counsel if Defendant wishes to file a motion for new trial and/or a notice of appeal; and, if replacement counsel is not appointed promptly and Defendant wishes to pursue an appeal, Movant will file a timely notice of appeal.

5.      A copy of this motion has been mailed by certified mail and by regular mail to him at his last known address:   Anthony Dorsett Purvis 01941467, 3872 FM 350 South, Texas 77351.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Wm. M. House, Jr. to withdraw as counsel for Anthony Dorsett Purvis and from any further representation of Anthony Dorsett Purvis in this cause. Defendant and Movant further pray the Court appoint counsel to represent Defendant in the appeal of this case.

Respectfully submitted,

Wm. M. House, Jr.
Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By: _____
      Wm. M. House, Jr.
      State Bar No. 10045000
      wmmhousejr@embarqmail.com
      Attorney for Anthony Dorsett Purvis

## CERTIFICATE OF SERVICE

This is to certify that on January 29, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by personal delivery.

_____
Wm. M. House, Jr.
Attorney at Law

## NO.  12-14-00198-CR

| STATE OF TEXAS | § | IN THE |
|---|---|---|
| | § | |
| VS. | § | TWELFTH COURT |
| | § | |
| ANTHONY DORSETT PURVIS | § | OF APPEALS |

## <u>NOTICE</u>

To:    Anthony Dorsett Purvis

NOTICE is hereby given, as provided by Rule 6 of the Texas Rules of

Appellate Procedure, that the following deadlines and/or settings exist in this case:

> Wm. M. House, Jr.
> Attorney at Law
> 800 North Church
> Palestine, Texas 75801
> Tel: (903) 723-2077
> Fax: (903) 723-6323

By: _____
    Wm. M. House, Jr.
    State Bar No. 10045000
    wmmhousejr@embarqmail.com
    Attorney for Anthony Dorsett Purvis

I certify that a copy of this Notice has been mailed by certified mail and by regular mail to the above-named Defendant at his last known address:  Anthony Dorsett Purvis 01941467, 3872 FM 350 South, Texas 77351 on January 29, 2015.

_____
Wm. M. House, Jr.